Hearing Date: July 36, 4232
Hearing Time: 32:52 a.m.
Location: 219 S. Dearborn St., Courtroom 864
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BOSTON, IVORY J. | § | Case No. 09-16421 |
| | § | Hon. Susan Pierson Sonderby |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on             . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

  6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-16421 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | | | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | | | 341(a) Meeting Date: | 06/11/09 |
| For Period Ending: | 05/03/10 | | | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 16629 South Woodlawn East | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America (checking account) | 100.00 | 0.00 | | 0.00 | FA |
| 3. Central Credit Union of Illinois (savings account) | 355.95 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Items of Used Furniture and Furnishi | 500.00 | 500.00 | | 0.00 | FA |
| 5. Miscellaneous Items of Used Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 6. 15 Shares Comcast ($15.14 per share) | 227.10 | 227.10 | | 233.80 | FA |
| 7. 135 Shares AT&T ($25.89 per share) | 3,495.15 | 2,495.15 | | 3,747.05 | FA |
| 8. 32 Shares of Verizon ($30.79 per share) | 985.28 | 985.28 | | 956.30 | FA |
| 9. 94 Shares of BP plc ($43.35 per share) | 4,074.90 | 3,508.40 | | 3,971.97 | FA |
| stock certificate for 10 shares was lost and unable to be sold (see below) | | | | | |
| 10. 2004 Crown Victoria (approx. 50,000 miles) | 4,575.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.71 | Unknown |
| 12. 10 shares of BP p.l.c. ($43.35 per share) | 433.50 | 0.00 | DA | 0.00 | 0.00 |
| lost stock certificate for these 10 shares-- cost to obtain surety (bond of indemnity) as needed to effectuate sale of these lost 10 shares is $500 and would exceed sale proceeds--Trustee seeks to abandon at closing | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $265,246.88  $8,215.93  $8,909.83  $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed attorneys; liquidated stock; bar date expired 10/26/09; Trustee obtained order disallowing secured claim filed that was not valid against estate; Trustee filed tax returns

LFORM1

UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.08

Case 09-16421    Doc 34    Filed 06/14/10    Entered 06/14/10 12:54:08    Desc Main
Document      Page 4 of 13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-16421    SPS    Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BOSTON, IVORY J. | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | 341(a) Meeting Date: | 06/11/09 |
| | | Claims Bar Date: | 10/26/09 |

Initial Projected Date of Final Report (TFR): 03/31/10     Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 05/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/09 | 9 | BP p.l.c.<br>c/o JP Morgan Chase, transfer agent<br>PO Box 64503<br>Saint Paul MN 55164-0503 | Proceeds of Stock Sale | 1129-000 | 3,971.97 | | 3,971.97 |
| 12/31/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,972.04 |
| 01/04/10 | 7 | AT&T<br>c/o Computershare<br>PO Box 43078<br>Providence RI 02940-3078 | Stock Proceeds | 1129-000 | 3,747.05 | | 7,719.09 |
| 01/04/10 | 6 | Comcast<br>c/lo Computershare Trust Company<br>PO Box 43078<br>Providence RI 02940-3078 | Stock Proceeds | 1129-000 | 233.80 | | 7,952.89 |
| 01/07/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer<br>Transfer funds to pay Debtor's exemption in ATT and BP stock. Final stock proceeds from ATT rec'd 1/4/10. | 9999-000 | | 2,000.00 | 5,952.89 |
| 01/29/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,953.02 |
| 02/03/10 | 8 | COMPUTERSHARE, INC.<br>250 Royall St<br>Canton, MA 02021 | DIVIDEND PAID | 1129-000 | 15.20 | | 5,968.22 |
| 02/05/10 | 8 | COMPUTERSHARE, INC.<br>250 Royall St<br>Canton, MA 02021 | Stock Proceeds - Verizon | 1129-000 | 941.10 | | 6,909.32 |
| 02/26/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,909.48 |
| 03/03/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 0.91 | 6,908.57 |
| 03/04/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer | 9999-000 | | 2.48 | 6,906.09 |
| 03/19/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer<br>Transfer funds to pay state income taxes for estate | 9999-000 | | 36.00 | 6,870.09 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-16421 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BOSTON, IVORY J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6493 | | | |
| For Period Ending: | 05/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | 11 | Bank of America, N.A. | for 2009.  ecb March 19, 2010, 11:16 am  Interest Rate  0.030 | 1270-000 | 0.18 | | 6,870.27 |

| Account *******6231 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 5 | Deposits | 8,909.12 | 0 | Checks | 0.00 |
| | 4 | Interest Postings | 0.54 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 2,039.39 |
| | | Subtotal | $ 8,909.66 | | | |
| | | | | | Total | $ 2,039.39 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,909.66 | | | |

LFORM2T4

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-16421 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6493 | | | |
| For Period Ending: | 05/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| | | | Transfer funds to pay Debtor's exemption in ATT and BP stock. Final stock proceeds from ATT rec'd 1/4/10. | | | | |
| 01/07/10 | 001001 | Ms. Ivory Boston<br>16629 Woodlawn East Avenue<br>South Holland, IL 60473 | Exemption in ATT and BP Stock | 8100-002 | | 2,000.00 | 0.00 |
| 03/03/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | 0.91 | | 0.91 |
| 03/03/10 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment - 2010 | 2300-000 | | 0.91 | 0.00 |
| 03/04/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 2.48 | | 2.48 |
| 03/04/10 | 001003 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | 2300-000 | | 2.48 | 0.00 |
| 03/19/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer<br>Transfer funds to pay state income taxes for estate for 2009. ecb March 19, 2010, 11:16 am | 9999-000 | 36.00 | | 36.00 |
| 03/19/10 | 001004 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | 2009 Form IL 1041<br>54-6876493 | 2820-000 | | 36.00 | 0.00 |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) (Page: 7)   Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 05/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6244
- Balance Forward: 0.00
- 0 Deposits: 0.00
- 0 Interest Postings: 0.00
- Subtotal: $ 0.00
- 0 Adjustments In: 0.00
- 4 Transfers In: 2,039.39
- Total: $ 2,039.39

- 4 Checks: 2,039.39
- 0 Adjustments Out: 0.00
- 0 Transfers Out: 0.00
- Total: $ 2,039.39

Report Totals
- Balance Forward: 0.00
- 5 Deposits: 8,909.12
- 4 Interest Postings: 0.54
- Subtotal: $ 8,909.66
- 0 Adjustments In: 0.00
- 4 Transfers In: 2,039.39
- Total: $ 10,949.05

- 4 Checks: 2,039.39
- 0 Adjustments Out: 0.00
- 4 Transfers Out: 2,039.39
- Total: $ 4,078.78
- Net Total Balance: $ 6,870.27

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-16421 | | Page 1 | | Date: May 03, 2010 |
| Debtor Name: | BOSTON, IVORY J. | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000002 050 4700-07 | COOK COUNTY TREASURER'S OFFICE LEGAL DEPARTMENT 118 NORTH CLARK STREET - ROOM 112 CHICAGO, IL 60602 | Secured Disallowed per court order (2-1) REAL ESTATE TAXES | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | $0.00 | $0.00 | $0.00 |
| 001 2820-00 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | Administrative | $36.00 | $36.00 | $0.00 |
| 001 3410-00 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Administrative | $881.50 | $0.00 | $881.50 |
| 001 3110-00 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St. #1500 Chicago IL 60603 | Administrative | $1,896.00 | $0.00 | $1,896.00 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | $1,440.97 | $0.00 | $1,440.97 |
| | Subtotal for Class Administrative | | $4,254.47 | $36.00 | $4,218.47 |
| 000001 070 7100-00 | RMS-assignee of Wells Fargo For Capital Recovery III LLC As Assignee of WELLS FARGO FINANCIAL, IN 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Unsecured Assignee of Wells Fargo | $10,164.86 | $0.00 | $10,164.86 |
| 000003 070 7100-00 | PYOD LLC assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | $2,800.45 | $0.00 | $2,800.45 |
| 000004 070 7100-00 | PRA Rec. Mgt. for Household Finance P.O. Box 12907 Norfolk VA 23541 | Unsecured | $2,549.69 | $0.00 | $2,549.69 |
| 000005 070 7100-00 | PRA LLC assignee of HSBC Nevada PO Box 41067 Norfolk, VA 23541 | Unsecured Assigned. | $390.99 | $0.00 | $390.99 |
| 000006 070 7100-00 | Wells Fargo Financial Illinois, Inc. 4137 121st Street Urbandale, IA 50323 | Unsecured (6-1) unsecured claim | $230.00 | $0.00 | $230.00 |
| | Subtotal for Class Unsecured | | $16,135.99 | $0.00 | $16,135.99 |
| | Case Totals: | | $20,390.46 | $36.00 | $20,354.46 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-16421
Case Name: BOSTON, IVORY J.
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *RMS-assignee of Wells Fargo* | $_____ | $_____ |
| *000003* | *PYOD LLC assignee of Citibank* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PRA Rec. Mgt. for Household Finance | $ | $ |
| 000005 | PRA LLC assignee of HSBC Nevada | $ | $ |
| 000006 | Wells Fargo Financial Illinois, Inc. | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .