UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
BOSTON, IVORY J.                    §     Case No. 09-16421
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ms. Ivory Boston | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cook County Treasurer P.O. Box 4468 Carol Stream, IL 60197-4468 | | | | | |
| Homecomings Financial P.O. Box 78423 Phoenix, AZ 85062-8423 | | | | | |
| COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alliant Credit Union 11545 W. Touhy Avenue Chicago, IL 60666 | | | | | |
| Arrow Financial Services 5996 W. Touhy Avenue Niles, IL 60714-4610 | | | | | |
| Aspire Payment Processing P.O. Box 84078 Columbus, GA 31908-4078 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank USA P. O. Box 30281 Salt Lake City, UT 84130-0281 | | | | | |
| Capital One Bank USA P.OP. Box 30281 Salt Lake City, UT 84130-0281 | | | | | |
| Capital One P.O. Box 30281 Salt Lake City, UT 84120-0281 | | | | | |
| Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | | | | |
| Chase BP 800 Brooksedge Road Columbus, OH 43081 | | | | | |
| FMC-Omaha Service Center P.O. Box 5420 Omaha, NE 68154-8000 | | | | | |
| First Premier Bank P.O. Box 5147 Sioux Falls, SD 57117-5147 | | | | | |
| GEMB/Walmart C77W El Paso, TX 79998-1400 | | | | | |
| HFC P.O. Box 17574 Baltimore, MD 21297-1574 | | | | | |
| Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| Household Bank 12447 SW 69th Avenue Attn: Dispute Processing Portland, OR 97223-8517 | | | | | |
| LVNV Funding LLC P.O. Box 10583 Greenville, SC 29604-0584 | | | | | |
| LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584 | | | | | |
| Midnight Velvet 1112 7th Avenue Monroe, WI 53566-1364 | | | | | |
| Portfolio Recover Assoc. Riverside Commerce Center 120 Corporate Boulevard, Suite 100 Norfolk, VA 23502-4962 | | | | | |
| Reader's Digest Credit and Collections Dept. P.O. Box 80010 Prescott, AZ 86304-8010 | | | | | |
| The Good Cook Payment Processing Center P.O. Box 916534 Indianapolis, IN 46291 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Financial Coral Plaza Shopping Centre 4710 W. 95th St., Ste. B4 Oak Lawn, IL 60453-2546 | | | | | |
| Wells Fargo Financial P.O. Box 98798 Las Vegas, NV 89193-8798 | | | | | |
| PRA ASSIGNEE OF HSBC NEVADA | | | | | |
| PRA REC. FOR HOUSEHOLD FINANCE | | | | | |
| PYOD LLC ASSIGNEE OF CITIBANK | | | | | |
| RMS FOR WELLS FARGO | | | | | |
| WELLS FARGO FINANCIAL ILLINOIS, INC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-16421 SPS Judge: Susan Pierson Sonderby | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BOSTON, IVORY J. | | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | | 341(a) Meeting Date: | 06/11/09 |
| For Period Ending: | 10/06/10 | | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 16629 South Woodlawn East | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America (checking account) | 100.00 | 0.00 | | 0.00 | FA |
| 3. Central Credit Union of Illinois (savings account) | 355.95 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Items of Used Furniture and Furnishi | 500.00 | 500.00 | | 0.00 | FA |
| 5. Miscellaneous Items of Used Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 6. 15 Shares Comcast ($15.14 per share) | 227.10 | 227.10 | | 233.80 | FA |
| 7. 135 Shares AT&T ($25.89 per share) | 3,495.15 | 2,495.15 | | 3,747.05 | FA |
| 8. 32 Shares of Verizon ($30.79 per share) | 985.28 | 985.28 | | 956.30 | FA |
| 9. 94 Shares of BP plc ($43.35 per share) | 4,074.90 | 3,508.40 | | 3,971.97 | FA |
| stock certificate for 10 shares was lost and unable to be sold (see below) | | | | | |
| 10. 2004 Crown Victoria (approx. 50,000 miles) | 4,575.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.20 | Unknown |
| 12. 10 shares of BP p.l.c. ($43.35 per share) | 433.50 | 0.00 | DA | 0.00 | FA |
| lost stock certificate for these 10 shares-- cost to obtain surety (bond of indemnity) as needed to effectuate sale of these lost 10 shares is $500 and would exceed sale proceeds--Trustee seeks to abandon at closing | | | | | |
| 13. 2009 1041 Federal Tax Refund (u) | 0.00 | 1,555.00 | | 1,555.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $265,246.88 | $9,770.93 | | $10,465.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed attorneys; liquidated stock; bar date expired 10/26/09; Trustee obtained order disallowing secured claim filed that was not valid against estate; Trustee filed tax returns

Case 09-16421   Doc 43   Filed 10/26/10   Entered 10/26/10 13:13:25   Desc Main
Document      Page 10 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-16421   SPS   Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BOSTON, IVORY J. | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | 341(a) Meeting Date: | 06/11/09 |
| | | Claims Bar Date: | 10/26/09 |

Initial Projected Date of Final Report (TFR): 03/31/10   Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-16421 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BOSTON, IVORY J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6493 | | | |
| For Period Ending: | 10/06/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 0.00 |
| C | 12/04/09 | 9 | BP p.l.c. | Proceeds of Stock Sale | 1129-000 | 3,971.97 | | 3,971.97 |
| | | | c/o JP Morgan Chase, transfer agent | | | | | |
| | | | PO Box 64503 | | | | | |
| | | | Saint Paul  MN  55164-0503 | | | | | |
| C | 12/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,972.04 |
| C | 01/04/10 | 7 | AT&T | Stock Proceeds | 1129-000 | 3,747.05 | | 7,719.09 |
| | | | c/o Computershare | | | | | |
| | | | PO Box 43078 | | | | | |
| | | | Providence RI  02940-3078 | | | | | |
| C | 01/04/10 | 6 | Comcast | Stock Proceeds | 1129-000 | 233.80 | | 7,952.89 |
| | | | c/lo Computershare Trust Company | | | | | |
| | | | PO Box 43078 | | | | | |
| | | | Providence  RI  02940-3078 | | | | | |
| C t | 01/07/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 5,952.89 |
| | | | | Transfer funds to pay Debtor's exemption in ATT and BP stock.  Final stock proceeds from ATT rec'd 1/4/10. | | | | |
| C | 01/29/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,953.02 |
| C | 02/03/10 | 8 | COMPUTERSHARE, INC. | DIVIDEND PAID | 1129-000 | 15.20 | | 5,968.22 |
| | | | 250 Royall St | | | | | |
| | | | Canton, MA 02021 | | | | | |
| C | 02/05/10 | 8 | COMPUTERSHARE, INC. | Stock Proceeds - Verizon | 1129-000 | 941.10 | | 6,909.32 |
| | | | 250 Royall St | | | | | |
| | | | Canton, MA 02021 | | | | | |
| C | 02/26/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,909.48 |
| C t | 03/03/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer | 9999-000 | | 0.91 | 6,908.57 |
| | | | | Transfer funds for bond premium payment. | | | | |
| C t | 03/04/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer | 9999-000 | | 2.48 | 6,906.09 |
| C t | 03/19/10 | | Transfer to Acct #*******6244 | Bank Funds Transfer | 9999-000 | | 36.00 | 6,870.09 |
| | | | | Transfer funds to pay state income taxes for estate | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | for 2009.  ecb March 19, 2010, 11:16 am | | | | |
| C  03/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,870.27 |
| C  04/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,870.44 |
| C  05/24/10 | 13 | UNITED STATES TREASURY | Tax Refund | 1229-000 | 1,555.00 | | 8,425.44 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| C  05/28/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,425.62 |
| C  06/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,425.83 |
| C  07/16/10 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 8,425.93 |
| C t  07/16/10 | | Transfer to Acct #*******6244 | Final Posting Transfer | 9999-000 | | 8,425.93 | 0.00 |
| | | | Transfer funds for final distribution.  ecb July 16, 2010, 11:24 am July 16, 2010, 11:24 am | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6231 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 6 Deposits | 10,464.12 | 0 Checks | 0.00 |
| 8 Interest Postings | 1.20 | 0 Adjustments Out | 0.00 |
| | | 5 Transfers Out | 10,465.32 |
| Subtotal | $ 10,465.32 | | |
| | | Total | $ 10,465.32 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 10,465.32 | | |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 01/07/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| | | | Transfer funds to pay Debtor's exemption in ATT and BP stock. Final stock proceeds from ATT rec'd 1/4/10. | | | | |
| C 01/07/10 | 001001 | Ms. Ivory Boston 16629 Woodlawn East Avenue South Holland, IL 60473 | Exemption in ATT and BP Stock | 8100-002 | | 2,000.00 | 0.00 |
| C t 03/03/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 0.91 | | 0.91 |
| | | | Transfer funds for bond premium payment. | | | | |
| C 03/03/10 | 001002 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment - 2010 | 2300-000 | | 0.91 | 0.00 |
| C t 03/04/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 2.48 | | 2.48 |
| C 03/04/10 | 001003 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment (2nd Check) Balance Owing on 2010 annual premium Bond # 016026455 | 2300-000 | | 2.48 | 0.00 |
| C t 03/19/10 | | Transfer from Acct #*******6231 | Bank Funds Transfer | 9999-000 | 36.00 | | 36.00 |
| | | | Transfer funds to pay state income taxes for estate for 2009. ecb March 19, 2010, 11:16 am | | | | |
| C 03/19/10 | 001004 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | 2009 Form IL 1041 54-6876493 | 2820-000 | | 36.00 | 0.00 |
| C t 07/16/10 | | Transfer from Acct #*******6231 | Transfer In From MMA Account | 9999-000 | 8,425.93 | | 8,425.93 |
| | | | Transfer funds for final distribution. ecb July 16, 2010, 11:24 am July 16, 2010, 11:24 am | | | | |
| C 07/16/10 | 001005 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,440.97 | 6,984.96 |
| C 07/16/10 | 001006 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,896.00 | 5,088.96 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 07/16/10 | 001007 | 19 S. LaSalle St. #1500<br>Chicago IL 60603<br>Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 881.50 | 4,207.46 |
| C 07/16/10 | 001008 | RMS-assignee of Wells Fargo<br>For Capital Recovery III LLC<br>As Assignee of WELLS FARGO FINANCIAL, IN<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000001, Payment 26.08% | 7100-000 | | 2,650.49 | 1,556.97 |
| C 07/16/10 | 001009 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 26.08% | 7100-000 | | 730.22 | 826.75 |
| C 07/16/10 | 001010 | PRA Rec. Mgt. for Household Finance<br>P.O. Box 12907<br>Norfolk VA 23541 | Claim 000004, Payment 26.07% | 7100-000 | | 664.83 | 161.92 |
| C 07/16/10 | 001011 | PRA LLC assignee of HSBC Nevada<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000005, Payment 26.07% | 7100-000 | | 101.95 | 59.97 |
| C 07/16/10 | 001012 | Wells Fargo Financial Illinois, Inc.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000006, Payment 26.07% | 7100-000 | | 59.97 | 0.00 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-16421 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOSTON, IVORY J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6493 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Account *******6244
- Balance Forward  0.00
- 0 Deposits  0.00
- 0 Interest Postings  0.00
- Subtotal  $ 0.00
- 0 Adjustments In  0.00
- 5 Transfers In  10,465.32
- Total  $ 10,465.32

- 12 Checks  10,465.32
- 0 Adjustments Out  0.00
- 0 Transfers Out  0.00
- Total  $ 10,465.32

Report Totals
- Balance Forward  0.00
- 6 Deposits  10,464.12
- 8 Interest Postings  1.20
- Subtotal  $ 10,465.32
- 0 Adjustments In  0.00
- 5 Transfers In  10,465.32
- Total  $ 20,930.64

- 12 Checks  10,465.32
- 0 Adjustments Out  0.00
- 5 Transfers Out  10,465.32
- Total  $ 20,930.64
- Net Total Balance  $ 0.00

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

Ver: 15.20